UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. BAREFIELD, SR., | No. 2:24-cv-0945 CKD P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner is proceeding with an application for a writ of habeas corpus under 28 U.S.C. § 2254. Respondent's answer is due June 4, 2024. On April 25, 2024, petitioner filed a motion for release on his own recognizance or bail under California Penal Code § 1476. However, that California statute does not apply in federal court. Relief under that statute is only available, if at all, in a California court.

Accordingly, IT IS HEREBY ORDERED that petitioner's April 25, 2024, motion for release on own recognizance or bail under California Penal Code § 1476 (ECF No. 7) is denied.

Dated: May 13, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bare0945.or