UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. BAREFIELD, JR., | No. 2:24-cv-0945 CKD P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

On May 28, 2024, respondent filed an answer to petitioner's petition for a writ of habeas corpus. Petitioner asserts he has not received a copy of the answer. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent re-serve the answer upon petitioner within five days of this order;

2. Petitioner's request for an extension of time to file a traverse (ECF No. 13) is granted; and

3. Petitioner's traverse shall be filed no later than August 15, 2024.

Dated: July 3, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bare0945.ext