UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. BAREFIELD, SR., | No. 2:24-cv-0945 CKD P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner is proceeding with an application for a writ of habeas corpus under 28 U.S.C. § 2254. The petition is submitted to the court for decision. On January 27, 2025, petitioner filed a motion for release on his own recognizance pursuant to 18 U.S.C. § 3143. However, that statute applies to federal prisoners, not California state prisoners.

The Ninth Circuit has "not yet decided whether district courts have the authority to grant bail pending resolution of a habeas petition." United States v. McCandless, 841 F.3d 819, 822 (9th Cir. 2016). However, assuming district courts have such authority, "[t]o qualify for pre-decisional release from state prison pending a federal habeas petition, a petitioner [would have to] show that the habeas petition has a high probability of success and that special circumstances justify his release." Centofanti v. Neven, 820 F. App'x 555, 556 (9th Cir. 2020).

The court has reviewed petitioner's habeas petition and respondent's answer. While the court is not prejudging the merits of petitioner's claims, the court finds there is not a high

probability that a writ of habeas corpus will be granted. There are no glaring errors of law presented in the petition, nor does petitioner point to exculpatory evidence obtained post-trial. Further, respondent opposes all of petitioner's claims and that does not appear to be in bad faith. Finally, all of petitioner's claims were either rejected by California courts or were not presented to California courts rendering habeas relief unavailable as to those claims. See 28 U.S.C. § 2254(b)(1) (exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus).

Accordingly, IT IS HEREBY ORDERED that petitioner's January 27, 2025 motion for release on his own recognizance or bail (ECF No. 17) is denied.

Dated: April 25, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bare0945.or